**Order entered February 5, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00030-CR

**STEPHEN CAPPS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29741-86**

## ORDER

The State's February 4, 2013 Motion to Extend the Time for Filing the State's Brief and Permit Filing of Late Brief is **GRANTED**. The State's Brief, tendered to the Clerk on February 4, 2013, is **ORDERED** filed as of the date of this order.

/David Lewis/
DAVID LEWIS
JUSTICE